**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Emigdio Oswald Velasco** | Social Security number or ITIN **xxx–xx–7985** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lorraine Velasco** | Social Security number or ITIN **xxx–xx–4416** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–31010–JNP**

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Emigdio Oswald Velasco                               Lorraine Velasco

2/10/17                                              **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31010-JNP
Emigdio Oswald Velasco                                                  Chapter 7
Lorraine Velasco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2          Date Rcvd: Feb 10, 2017
                              Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb         +Emigdio Oswald Velasco,    Lorraine Velasco,    Post Office Box 125,
                 Pleasantville, NJ 08232-0125
516480012      +ARMC Anesthesiologists,    PO Box 8500-1521,    Philadelphia, PA 19178-0001
516480011       Apex Asset Management, LLC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
516480013       Atlantic Cardiology,   PO Box 786061,    Philadelphia, PA 19178-6061
516480014       Atlantic Emergency Associates,    PO Box 120153,    Grand Rapids, MI 49528-0103
516480015       Atlantic Gastroenterology Associates,    3205 Fire Road,    Egg Harbor Township, NJ 08234-5884
516480018       Atlanticare Regional Medical Center,    85 W. Jimmie Leeds Road,    Pomona, NJ 08240-9102
516480016       Atlanticare Regional Medical Center,    Post Office Box 786361,    Philadelphia, PA 19178-6361
516480019      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
516480021       Chase Auto Finance,    Post Office Box 901003,    Fort Worth, TX 76101-2003
516480023      +Citibank - Best Buy,    Post Office Box 6497,    Sioux Falls, SD 57117-6497
516480024       Citibank - Home Depot,    Post Office Box 65006,    Sioux Falls, SD 57117
516480025      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
516530610       JPMORGAN CHASE BANK, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516480027      +Merchants' Credit Guide Co.,    Department 7505,    PO Box 1259,    Oaks, PA 19456-1259
516480028       Mutual of Omaha Bank,    PO Box 10346,    Des Moines, IA 50306-0346
516480029      +New Jersey Division of Consumer Affairs,    124 Halsey Street,    PO Box 45025,
                 Newark, NJ 07101-8025
516480031       Patient Financial Services,    30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
516480036       TD Bank, N.A.,   PO Box 84370,    Columbus, GA 31908-4037
516480038       Ward Memorial Hospital,    406 S. Gary Avenue,    Monahans, TX 79756-4798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516480020       EDI: CAPITALONE.COM Feb 11 2017 02:58:00      Capital One Bank,   Post Office Box 30285,
                 Salt Lake City, UT 84130-0285
516480022       EDI: CHASE.COM Feb 11 2017 02:58:00      Chase Bank,   Post Office Box 15298,
                 Wilmington, DE 19850-5298
516480026       EDI: IIC9.COM Feb 11 2017 02:58:00      I.C. System,   Post Office Box 64378,
                 Saint Paul, MN 55164-0378
516480030       EDI: AGFINANCE.COM Feb 11 2017 02:58:00      OneMain Financial,   Bankruptcy Department,
                 Post Office Box 6042,    Sioux Falls, SD 57117-6042
516480032      +EDI: NEXTEL.COM Feb 11 2017 02:58:00      Sprint,   Customer Service,   PO Box 8077,
                 London, KY 40742-8077
516480033       EDI: CAUT.COM Feb 11 2017 02:58:00      Subaru Motors Finance,   c/o Chase,   PO Box 901076,
                 Fort Worth, TX 76101-2076
516480034       EDI: RMSC.COM Feb 11 2017 02:58:00      Synchrony Bank,   ATTN: Bankruptcy Department,
                 Post Office Box 965060,    Orlando, FL 32896-5060
516480035       EDI: RMSC.COM Feb 11 2017 02:58:00      Synchrony Bank - Sam's Club,
                 ATTN: Bankruptcy Department,    Post Office Box 965060,    Orlando, FL 32896-5060
516480037      +E-mail/Text: ADAMB@TMGFINANCIALSERVICES.COM Feb 11 2017 06:29:42     TMG Financial Services,
                 1500 NW 118th Street,    Des Moines, IA 50325-8242
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              OneMain Financial Group, LLC
516480017*      Atlanticare Regional Medical Center,    Post Office Box 786361,    Philadelphia, PA 19178-6361
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Feb 10, 2017
                                      Form ID: 318                   Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Robert A. Loefflad    on behalf of Joint Debtor Lorraine  Velasco rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Debtor Emigdio Oswald Velasco rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
                                                                                                        TOTAL: 4
```